IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH ANDRE GORDON,** | : | |
| **Plaintiff,** | : | |
| v. | : | **CIVIL ACTION** |
| | : | **NO. 15-111** |
| **POLICE OFFICER MICHAEL WILLIAMS, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this _29th_ day of July, 2015, upon consideration of Plaintiff's Complaint (Doc. 1), Defendant Special Agent Michael Popolizio's Motion to Dismiss for Failure to State a Claim (Doc. 14), and Plaintiff's Reply (Doc. 16), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED** and Plaintiff's claims against Defendant Popolizio are dismissed without prejudice.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**