IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH ANDRE GORDON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 15-111 |
| | : | |
| **POLICE OFFICER MICHAEL WILLIAMS, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

### ORDER

**AND NOW**, this __2nd__ day of November, 2015, upon consideration of Plaintiff's Complaint (Doc. 1), Defendants Sergeant Daniel Dutch, Officer Carol Williams, Officer Michael Williams, and the City of Philadelphia's Answer to the Complaint (Doc. 11), Defendants' Motion for Judgment on the Pleadings (Doc. 20), Plaintiff's Response (Doc. 21), Defendants' Reply (Doc. 24), and the record of this case, **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **GRANTED**[1] and **JUDGMENT** is **ENTERED** in favor of Defendants and against Plaintiff.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark the above-captioned case as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, C.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated November 2, 2015.